**Order entered May 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00557-CV

### CHARLES ANTHONY ALLEN SR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

Because neither the clerk's record nor the reporter's record has been filed, we **DENY** as premature appellant's May 27, 2015 motion to extend time to file brief. *See* TEX. R. APP. P. 38.6 ("appellant must file a brief within thirty days . . . after the later of (1) the date the clerk's record was filed; or (2) the date the reporter's record was filed.").

/s/     CRAIG STODDART
JUSTICE